

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Kinder Morgan Production
Company, LLC,

\* From the 132nd District Court
of Scurry County,
Trial Court No. 26723.

Vs. No. 11-20-00258-CV

\* December 30, 2021

Scurry County Appraisal District,

\* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's judgment and remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Scurry County Appraisal District.